IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 3 - 2006

GREGORY C. LANGHAM
CLERK

"AMENDED PRISONER COMPLAINT"

Civil Action No. 06CV00121 - BNB
(To be supplied by the court)

Melvin Keith Williams, Plaintiff,

v.

Gov. Bill Owens,

Joe Ortiz,

Jerine Miller,

Christine Moschetti,

James Fitzpatrick,

Matt Cooper,

,

, Defendant(s).

(List each named defendant on a separate line.)

## PRISONER COMPLAINT

## A. PARTIES

1. Melvin Keith Williams #1428217 P.O.BOX 1108 Denver , CO. 80201
(Plaintiff's name, prisoner identification number, and complete mailing address)

2. Gov. Bill Owens 200 East Colfax Denver CO.80203 Acting Governor
(Name, title, and address of first defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? XXX Yes ___ No (CHECK ONE). Briefly explain your answer:

Acting individually as Governor of the State Of Colorado all actions of sub-ordinates should be known to him and subject to his approval or dis-approval.

3. Joe Ortiz Director of Department of Corrections 2862 South circle Drive
(Name, title, and address of second defendant)
Colorado Springs, Colorado 80906

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? XXX Yes ___ No (CHECK ONE). Briefly explain your answer:

Acting individually as Director of the Department Of Corrections Mr. Ortiz be held accountable for operation of his charge.He should be aware of the actions of his sub-ordinates actions.This should include all departments of D.O.C.

4. Jenine Miller Director of Adult Parole 12157 West Cedar Lakewood, Co.80028
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? XXX Yes ___ No (CHECK ONE). Briefly explain your answer:

Acting individually as Supervisor of Adult Parole defendant is supposed to aware of any and/or all problems in her department.Defendant did nothing to remedy situation.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

**A.PARTIES**

(5) Christne Moschetti Supervisor Time/Release 2862 South Circle Drive
Colorado Springs ,Co.80906
Acting individually as supervisor defendant is supposed to be aware of any descrepencies in Time Computations. Defendant showed incompentence in discharging of her duties.

(6) James Fitzpatrick Supervisor/Designee 7255 Irving Street Suite #100
Westminster,Co.
Acting individually as supervisor for Parole Office in Westminster Mr. Fitzpatrick should have been aware of Sub-ordinates actions.

(7) Matt Cooper Parole Officer 7255 Irving Street Suite #100
Westminster , Co.
Acting individually as Parole Officer Defendant was aware that Plantiff had plead guilty to a misdemeanor charge.Defendant refused to allow Plantiff to self-revoke.

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   XXX 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ____ 28 U.S.C. § 1331 and ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   28 U.S.C.1331,28 U.S.C. 1343,28 U.S.C.1367, 42 U.S.C.1983

   28 U.S.C.1391(b)(2) because Colorado is Where the events occurred.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

This case is based on the fact that The Department of Corrections violated my 1st, 4th, 5th, 6th, 8th, 10th, and 14th. amendments.
On April 4, 2005 I plead Guilty to a misdemeanor charge in the City of Westminster.
On April 29, 2005 the Defendants and/or their agents held a Parole Revocation Hearing. The Plantiff had asked his Parole Officer if it was possible to self revoke to which he was told no.This case was continued until September 9, 2005. Subsequently as a result of the Plantiff filing a Petition of Habeus Corpus the Defendants were ordered by the Court to lift the illegal hold. This occurred after my rights had been violated.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: False Imprisonment

Supporting Facts:

Being under the supervision of the Department of Corrections along with the State of Colorado' Department of Adult Parole this department refused to discharge me on the date that was supposed to be my finishing point. This date was 06/26/05. Instead Iwas held on Parole an extra thirty-six (36) days. My release from Parole was exacted after Judge Bayless ordered the Parole Department to release their hold.

2. Claim Two: Malicious Prosecution

Supporting Facts:

By not removing Parole Hold , the Department Of Corrections under the supervisionof Joe Ortiz and the Department Fo Adult Parole and Supervision which was under the supervision of Jenine Miller made the possibility of making Bail an impossibility. If bail had been made their hold would have still denied my freedom.

Christine Moschetti the Time Computation/ Release Supervisor was ordered by the court to release their illegal Parole Hold and discharge me. My Statutory Discharge Date was supposed to be 06/26/05 instead my release became effective on 08/01/05.

3. Claim Three: Mental Anguish

Supporting Facts:

As a result of the actions of ths Six (6) named Defendants the medications that Plaintiff had been taking have almost Quadrupled. The medication is Valproic Acid. This medicine is being used to treat a Bi-Polar condition that I suffer from.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ YesXXXX No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: N/A
2. Docket number and court name: N/A
3. Claims raised in prior lawsuit: N/A
4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): N/A
5. If the prior lawsuit was dismissed, when was it dismissed and why? N/A
6. Result(s) of any appeal in the prior lawsuit: N/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ___ Yes xxx No (CHECK ONE).

2. Did you exhaust available administrative remedies? xxx Yes ___ No (CHECK ONE).

   If yes, either attach copies or describe with specificity how you have exhausted administrative remedies. If no, briefly explain why not:

   Please see results of Petition For Habeus Corpus

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Punitive damages , Compensentory Damages, Pain & Suffering Damages to be determined by a Juryagainst Defendants individually and/or in concert.

Defendants need to be held accountable /responsible for actions.Whereas, they know that there is no double standard fo employees of the State. Especially when they are in a supervisory position over people who happen to be Felons.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 27 Mar 06
(Date)

[signature]
(Prisoner's Original Signature)