IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00121-MSK-PAC

MELVIN KEITH WILLIAMS,

       Plaintiff,

v.

CHRISTINE MOSCHETTI, and
MATT COOPER,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 27th day of April, 2006

          **BY THE COURT:**

          */s/ Marcia S. Krieger*
          _____
          Marcia S. Krieger
          United States District Judge