IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00121-MSK-PAC

MELVIN KEITH WILLIAMS,

    Plaintiff,

v.

CHRISTINE MOSCHETTI, and
MATT COOPER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT

---

This matter is before the court on plaintiff's *pro se* amended prisoner civil rights complaint, filed April 3, 2006. Plaintiff has been granted leave to proceed *in forma pauperis* under 28 U.S.C. §1915. The court, having reviewed the amended complaint and being fully advised,

HEREBY **ORDERS** that the United States Marshal shall **personally serve** a copy of the amended complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915, and the April 21, 2006 Order to Dismiss in Part, on **defendant Christine Moschetti** at the address filed with the court by the Colorado Department of Corrections on May 1, 2006.

All costs of service shall be advanced by the United States.

Dated June 22, 2006.

                                      BY THE COURT:

                                      s/ Patricia A. Coan
                                      PATRICIA A. COAN
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00121-MSK-PAC

Melvin Keith Williams
Prisoner No. 1428217
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Christine Moschetti

Alisha M. Burris, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to US Marshal Service for service of process on Christine Moschetti: AMENDED COMPLAINT FILED 4/3/06, ORDER FILED 4/21/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/23/06.

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk